**Jeffrey Evans LARK, Petitioner—Appellant,**

v.

**Gary L. WINKLER, Warden, FPC Seymour Johnson Camp, Respondent—Appellee.**

No. 05–7886.

United States Court of Appeals, Fourth Circuit.

Submitted: May 16, 2006.

Decided: May 19, 2006.

Locke Turner Clifford, Clifford, Clendenin, O'Hale & Jones, Greensboro, North Carolina, for Appellant.

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jeffrey Evans Lark, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Lark v. Winkler,* No. CA–05–601–5–FL (E.D.N.C. filed Oct. 12, 2005; entered Oct. 26, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*